UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60573-CIV-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FIFTY-NINE THOUSAND DOLLARS
($59,000.00) IN UNITED STATES CURRENCY,

    Defendant,
and

PEDRO ZAPETA,

    Claimant.
_____/

## ORDER DIRECTING UNITED STATES TO ACCOUNT FOR IRS AMOUNT and RESPOND TO DEMAND FOR INTEREST

**THIS CAUSE** is before the Court upon the Court's Amended Final Order of Forfeiture [DE 59], the United States' Status Report [DE 60], Defendant and Claimant's Response to the Status Report [DE 61], Defendant and Claimant's Demand for Interest on $59,000 United States Currency [DE 62] and Defendant and Claimant's Attorney's Verified Motion for Award of Attorney's Fees and Costs [DE 63].  The Court has carefully considered the filings, and is otherwise fully advised in the premises.

On December 10, 2009, this Court entered an Amended Final Order of Forfeiture, which lowered the amount of the defendant funds subject to forfeiture to $10,000, but directed that "an amount equal to satisfy the United States Tax Court decision in Docket No. 9066-08, Pedro Mariano Zapeta v. Commissioner of Internal Revenue, as that amount stood as of April 1, 2009, shall be withheld from being

returned to Claimant and instead shall be paid to the Internal Revenue Service or the Treasury Department in complete satisfaction of the Tax Decision ruling." On December 23, 2009, the United States filed a status report that this amount is $25,451.56.  The same day, Defendant and Claimant filed a notice requesting a written calculation as to how that figured was determined.  Defendant and Claimant also demanded interest on the $59,000 pursuant to 28 U.S.C. § 2465(b)(1).  On January 8, 2010, Defendant and Claimant's counsel moved for attorney's fees.

The United States did not respond to the Defendant/Claimants' request for a written calculation of how the amount sought by the United States to satisfy the IRS debt was determined, nor did it respond to the demand for interest.  Arguably, the motion for attorney's fees is premature, given the lack of a final judgment entered in this case.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. By February 5, 2010, the United States shall file with this Court a statement containing a written calculation of the amount of the Tax Court decision owing as of April 1, 2009 as contained in its prior Status Report;

2. By February 5, 2010, the United States shall respond to the Demand for interest on the seized currency;

3. The Court will separately enter judgment in this case after receipt of this information;

4. The Court will deem the motion for attorney's fees timely filed upon entry of

judgment in this case, with the United States' response to the motion for attorney's fees to be due seven (7) calendar days from entry of judgment.

**DONE AND ORDERED** in chambers at Fort Lauderdale, Broward County, Florida, this 28th day of January, 2010.

*[signature]*
JAMES I. COHN
United States District Judge

Copy to:

AUSA Roger Powell
Robert S. Gershman, Esq.